IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSEPH MILLER ) | |
| ) | Case No. 2:13-0008 |
| v. ) | JUDGE SHARP |
| ) | |
| GREYHOUND LINES, INC., ) | |
| ) | |

**O R D E R**

Pursuant to the Stipulation of Dismissal with Prejudice (Docket No. 7) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE